USDC SCAN INDEX SHEET

















RYC 9/2/04 14:34

3:03-CV-00633 FIRST AMERICAN REAL V. CONSUMER BENEFIT

*101*

*STIPO.*

31003

ORIGINAL

04 SEP -2 PM 1:28

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

MARK JOSEPH KENNEY (State Bar No. 087345)
MICHAEL J. STEINER (State Bar No. 112079)
LINDSAY J. NICHOLS (State Bar No. 226980)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

MARK S. FLYNN (State Bar No. 115620)
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman, Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Counterdefendant
WELLS FARGO HOME MORTGAGE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

"BY FAX"

FIRST AMERICAN REAL ESTATE INFORMATION SERVICES, INC., a California corporation,

Plaintiff,

vs.

CONSUMER BENEFIT SERVICES, INC. an Illinois corporation; FACBS LLC, a California limited liability company; and DOES 1 through 50, inclusive,

Defendants.

CONSUMER BENEFIT SERVICES, INC., an Illinois corporation,

Counterclaimant,

vs.

FIRST AMERICAN REAL ESTATE INFORMATION SERVICES, INC., a California corporation; WELLS FARGO HOME MORTGAGE, INC., a California corporation,

Counterdefendants.

Case No.: 03 CV-0633B RMB (NLS)

**STIPULATION AND JOINT APPLICATION PURSUANT TO FRCP 23.1 FOR COURT APPROVAL OF DISMISSAL WITH PREJUDICE OF DERIVATIVE CLAIMS, AND ORDER THEREON**

Date: August 23, 2004
Time: 10:30 A.M.
Judge: Hon. Rudi M. Brewster
Dept: 2

**ENTERED ON** SEP 2 2004

101

Plaintiff and counterdefendant First American Real Estate Information Services, Inc. ("FAREISI"), counterdefendants First American Membership Services, Inc. ("FAMS"), and the First American Corporation ("FAC"), by and through their counsel of record, Payne & Fears, LLP, defendant and counterclaimant Consumer Benefit Services, Inc. ("CBS"), by and through its counsel of record, The Collins Law Firm, and counterdefendant Wells Fargo Home Mortgage, Inc. ("WFHMI"), by and through its counsel of record, Severson & Werson, A Professional Corporation, hereby stipulate as follows:

1. FACBS is a California limited liability company. FAREISI and CBS are the sole members of FACBS, each owning 50% of the total membership interests of FACBS.

2. In its First Amended Counterclaim, CBS has brought certain claims derivatively on behalf of FACBS against FAREISI, FAMS, FAC, and WFHMI.

3. The parties have entered into a settlement of all claims in this litigation. Among other provisions, that settlement includes, and is contingent upon, the dismissal with prejudice of all claims brought by CBS derivatively on behalf of FACBS. All parties have been given full, timely notice of the terms of their settlement, and desire no further or additional notice.

4. FAREISI and CBS, who are the sole members and 100% owners of FACBS, concur that the settlement and the dismissal of these derivative claims brought by CBS on behalf of FACBS, is fair, adequate, reasonable, and in the best interests of FACBS, and they desire to implement the parties' settlement agreement, and cause the dismissal with prejudice of all derivative claims brought by CBS on behalf of FACBS.

5. All parties join in the stipulations set forth above, and consent to and request the Court to approve the dismissal with prejudice of all derivative claims brought by CBS on behalf of FACBS.

6. This stipulation is contingent upon all parties signing their written settlement agreement. If one or more parties does not sign the written settlement agreement,

this stipulation shall be null and void, and the parties will be returned to their *status quo ante*.

DATED: 08-18-04

SEVERSON & WERSON
A Professional Corporation

By: [signature]
Michael J. Steiner

Attorneys for Counterdefendant
WELLS FARGO HOME MORTGAGE, INC.

DATED: ____________

THE COLLINS LAW FIRM

By: ____________
David J. Fish

Attorneys for Defendant and Counterclaimant
CONSUMER BENEFIT SERVICES, INC.

DATED: ____________

PAYNE & FEARS LLP

By: ____________
Daniel M. Livingston

Attorneys for Plaintiff and Counterdefendant
FIRST AMERICAN REAL ESTATE INFORMATION SERVICES, INC., and Counterdefendants FIRST AMERICAN MEMBERSHIP SERVICES, INC., AND FIRST AMERICAN CORPORATION

BASED UPON THE FOREGOING STIPULATION OF THE PARTIES, the Court finds that the dismissal with prejudice of all claims brought by CBS derivatively on behalf of FACBS is appropriate, and is fair, adequate, and in the best interests of FACBS, and approves the

//

//

//

this stipulation shall be null and void, and the parties will be returned to their *status quo ante*.

DATED: ____________

SEVERSON & WERSON
A Professional Corporation

By: ____________
Michael J. Steiner

Attorneys for Counterdefendant
WELLS FARGO HOME MORTGAGE, INC.

DATED: 8/18/04

THE COLLINS LAW FIRM

By: ____________
David J. Fish
- subject to full execution of settlement agreement

Attorneys for Defendant and Counterclaimant
CONSUMER BENEFIT SERVICES, INC.

DATED: ____________

PAYNE & FEARS LLP

By: ____________
Daniel M. Livingston

Attorneys for Plaintiff and Counterdefendant
FIRST AMERICAN REAL ESTATE INFORMATION SERVICES, INC., and Counterdefendants FIRST AMERICAN MEMBERSHIP SERVICES, INC., AND FIRST AMERICAN CORPORATION

BASED UPON THE FOREGOING STIPULATION OF THE PARTIES, the Court finds that the dismissal with prejudice of all claims brought by CBS derivatively on behalf of FACBS is appropriate, and is fair, adequate, and in the best interests of FACBS, and approves the

//

//

//

this stipulation shall be null and void, and the parties will be returned to their *status quo ante*.

DATED: ______________

SEVERSON & WERSON
A Professional Corporation

By: ______________
Michael J. Steiner

Attorneys for Counterdefendant
WELLS FARGO HOME MORTGAGE, INC.

DATED: ______________

THE COLLINS LAW FIRM

By: ______________
David J. Fish

Attorneys for Defendant and Counterclaimant
CONSUMER BENEFIT SERVICES, INC.

DATED: August 17, 2004

PAYNE & FEARS LLP

By: [signature]
Daniel M. Livingston

Attorneys for Plaintiff and Counterdefendant
FIRST AMERICAN REAL ESTATE INFORMATION SERVICES, INC., and Counterdefendants FIRST AMERICAN MEMBERSHIP SERVICES, INC., AND FIRST AMERICAN CORPORATION

BASED UPON THE FOREGOING STIPULATION OF THE PARTIES, the Court finds that the dismissal with prejudice of all claims brought by CBS derivatively on behalf of FACBS is appropriate, and is fair, adequate, and in the best interests of FACBS, and approves the

//

//

//

dismissal with prejudice of those claims pursuant to the parties' settlement agreement. The Court retains jurisdiction of this matter, including this stipulation and order, in order to enforce the parties' settlement agreement.

IT IS SO ORDERED:

DATED: 9-2-04

Honorable Rudi Brewster, Judge of the U.S. District Court, Southern District of California

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City and County of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, 26th Floor, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**STIPULATION AND JOINT APPLICATION PURSUANT TO FRCP 23.1 FOR COURT APPROVAL OF DISMISSAL WITH PREJUDICE OF DERIVATIVE CLAIMS, AND ORDER THEREON**

on all interested parties in said case addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(BY FAX)** By use of facsimile machine telephone number (415) 956-0439, I caused a true copy to be transmitted to the addressee(s) listed above at the facsimile number(s) noted after the party's address.

The facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☒ **(BY MAIL)** I caused an envelope to be deposited in the mail at San Francisco, California, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on August 18, 2004.

Remedy Concepcion

**SERVICE LIST**

*First American Real Estate v. Consumer Benefit Services, Inc., et al.*

**United States District Court Case No: 03 CV-0633B JAH**

| | |
|---|---|
| Daniel M. Livingston<br>PAYNE and FEARS<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>Tel: (949) 851-1100<br>Fax: (949) 851-1212 | Attorneys for Plaintiff and Counterdefendant, FIRST AMERICAN REAL ESTATE INFORMATION SERVICES, INC. |
| Reg A. Vitek, Esq.<br>SELTZER CAPLAN MCMAHON VITEK<br>2100 Symphony Towers<br>750 B Street<br>Suite 2100<br>San Diego, CA 92101<br>Tel: (619) 685-3003<br>Fax: (619) 685-3100 | Attorneys for Plaintiff and Counterdefendant, FIRST AMERICAN REAL ESTATE INFORMATION SERVICES, INC. |
| David J. Fish<br>THE COLLINS LAW FIRM<br>1770 North Park Street, Suite 200<br>Naperville, IL 60563<br>Tel: (630) 527-1595<br>Fax: (630) 527-1193 | Attorneys for Defendant and Counterclaimant, CONSUMER BENEFIT SERVICES, INC. |
| Eric A. Seiken<br>SEIKEN & ATKINS<br>3033 Fifth Avenue, Suite 301<br>San Diego, CA 92103<br>Tel: (619) 543-0433<br>Fax: (619) 543-0434 | Attorneys for Defendant and Counterclaimant, CONSUMER BENEFIT SERVICES, INC. |