








```
RYC    4/29/05    10:17
3:03-CV-00633   FIRST AMERICAN REAL V. CONSUMER BENEFIT
*105*
*LTR.*
```

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED
05 APR 28 PM 2:27
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ Matt Dykeman

W. Samuel Hamrick, Jr.
Clerk of Court

Chief Deputy

April 13, 2005

DAVID J. FISH
THE COLLINS LAW FIRM
1770 NORTH PARK STREET SUITE 200
NAPERVILLE IL 60563

Case #: 03CV0633-B JAH)
Case Name: First American Real Estate VS Consumer Benefit Services

Our records indicate that on 4/30/04 your office submitted lodgment(s) in the above referenced case. According to our records, this case is now closed. Please indicate below the action you wish taken with regard to these lodgments.

W. Samuel Hamrick, Clerk
By, _____ Deputy
B. ANDERSON

☐   Our office will pick up the lodgments within 10 days.

☒   The Clerk's Office is authorized to dispose of the lodgments.

_____
Authorized by:

David Fish
Counsel for Consumer
Benefit Services, Inc.

105



SHAWN M. COLLINS
EDWARD J. MANZKE

ROBERT L. DAWIDIUK
DANIEL C. FABBRI
DAVID J. FISH
MARY P. NEAL
AARON W. RAPIER
SANDRA E. STRASSMAN

April 19, 2005

**VIA FIRST CLASS MAIL**

Clerk of the Circuit Court
United States District Court
880 Front Street
San Diego, California 92101

> Re: **First American Real Estate v. CBS**
> **Case No. 03 CV-0633-B JAH**

Dear Clerk of the Court:

Enclosed please find our signed authorization to dispose of the lodgments in the above mentioned case.

Sincerely,

David J. Fish

DJF/nh
Enclosures

cc: Daniel M. Livingston (via fax)
Michael J. Steiner (via fax)

1770 North Park Street, Suite 200   Naperville, Illinois 60563   T: 630.527.1595 F: 630.527.1193   www.collinslaw.com